# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
No. 18-1304V
Filed: September 11, 2019
UNPUBLISHED

| | |
|---|---|
| ESMERELDA BARRERA, | |
|        Petitioner, | Special Processing Unit (SPU); |
| v. | Ruling on Entitlement; Concession; |
| | Table Injury; Influenza (Flu) Vaccine; |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Guillain-Barre Syndrome (GBS) |
|        Respondent. | |

*John Robert Howie, Howie Law, PC, Dallas, TX,* for petitioner.
*Amy Paula Kokot, U.S. Department of Justice, Washington, DC,* for respondent.

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On August 28, 2018, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that that she developed Guillain-Barre Syndrome ("GBS") as a result of a September 20, 2016 influenza ("flu") vaccination. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 10, 2019, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case. Respondent's Rule

---

[1] The undersigned intends to post this ruling on the United States Court of Federal Claims' website. **This means the ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished ruling contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

4(c) Report at 1. Specifically, respondent has concluded that petitioner suffered the Table injury of GBS following a flu vaccine within the Table time period. *Id.* at 5. Respondent further agrees that petitioner suffered the residual effects of her GBS for more than six months and has met the statutory requirements for entitlement to compensation under the Vaccine Act. *Id.*

**In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master
